UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CASE NO.:   2:23-cr-226-2** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **Judge Sarah D. Morrison** |
| | : | |
| **ONTARIO M. YARBROUGH** | : | |
| | : | |
| **Defendant.** | : | |

## DEFENDANT'S MOTION TO CONTINUE PRETRIAL AND JURY TRIAL

Now comes the Defendant, **Ontario M. Yarbrough**, by and through counsel, and moves this Court for an Order continuing the Final Pre-Trial set May 8, 2024, at 2:30 p.m., and for an Order continuing the Jury Trial set May 13, 2024, at 9:00 a.m. Counsel for the Defendant has received additional discovery as recently as March 28, 2024, and will need additional time to review the discovery and prepare for trial. Defendant's counsel has spoken with prosecutor, Damoun Delaviz, and there are no objections to continuing.

Defendant waives the right to a speedy trial for the period of this continuance as to the pending charge, or charges, as well as any subsequent, additional charge or charges which may arise from the same set of facts and circumstances as the initial charge.

WHEREFORE, Defendant requests a continuance of the hearings scheduled for May 8, 2024, and May 13, 2024.

Respectfully submitted,

/s/ Garry A. Sabol (0002004)
Garry A. Sabol
Attorney for Defendant
1530 Demorest Road
Columbus, OH 43228
(614) 871-8970
(614) 871-5297 fax
sabolg@yahoo.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of the attached **Motion to Continue** was served this date on the parties whose names and addresses are listed below by regular U.S. mail, postage prepaid, or electronically through the Court's ECF System.

Dated: 04/01/2024                                            /s/ Garry A. Sabol (0002004)
                                                                                     Garry A. Sabol
                                                                                     Attorney for Ontario M. Yarbrough

**Regular U.S. Mail, postage pre-paid:**

      None.

**and by electronic mail to**:

      Damoun Delaviz, damoun.delaviz@usdoj.gov