# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.:   2:23-cr-226-2 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| ONTARIO M. YARBROUGH | : | |
| | : | |
| Defendant. | : | |

## ENTRY

Upon Motion of the Defendant's Counsel, and for good cause shown, to wit: **Counsel for Defendant needs additional time to review the discovery and prepare for trial,** this case, being set for **Pre-Trial** on the **8th** day of **May 2024 at 2:30 p.m.** and **Jury Trial** on the **13th** day of **May 2024 at 9:00 a.m.** is hereby continued to the _____ day of _____, 20_____ at _____ a.m./p.m.

Defendant waives the right to a speedy trial for the period of this continuance as to the pending charge, or charges, as well as any subsequent, additional charge or charges which may arise from the same set of facts and circumstances as the initial charge.

_____
**Judge Sarah D. Morrison**

APPROVED:


_____
Assistant United States Attorney

/s/ Garry A. Sabol   (0002004)__
Attorney for Defendant

/s/ Ontario M. Yarbrough, p.a.__
Defendant