United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-	Case No. 2:23-cr-226-2

Ontario M. Yarbrough

COURTROOM MINUTES
Sentencing Hearing

| U.S. District Judge Sarah D. Morrison | | Date: 11/12/2024 at 12:00 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Damoun Delaviz |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Garry Sabol |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant is sentenced to a term of 135 months imprisonment on Count 1 of the Indictment.

The defendant is sentenced to a term of 5 year term of supervised release on Count 1 of the Indictment.

No fine is imposed.

A $100.00 special assessment is applied.

A Final Order of Forfeiture will be filed with the Court at a later date.

Counts 2, 3, 4 and 5 of the Indictment were dismissed at sentencing.

The defendant was remanded to the custody of the USMS.